AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| DISTRICT OF COLUMBIA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-00065 (DLF) |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant the United States of America.

Date: 01/28/2025

/s/ Elliot Higgins
*Attorney's signature*

Elliot Higgins, New York 5737903
*Printed name and bar number*

U.S. Department of Justice, Environment & Natural Resources Division, Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
*Address*

elliot.higgins@usdoj.gov
*E-mail address*

(202) 598-0240
*Telephone number*

(202) 514-8865
*FAX number*