**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE ATTORNEY GENERAL**

| | |
|---|---|
| **DISTRICT OF COLUMBIA,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No: 25-cv-00065-DLF<br>Judge: Dabney Friedrich |

**DECLARATION OF SERVICE BY STAFF ASSISTANT MINA KASAMA**

I, Mina Kasama, Staff Assistant, Office of the Attorney General for the District of Columbia (District), hereby declare as follows:

1. My name is Mina Kasama, and I am assisting Assistant Attorney General (AAG) Wesley Rosenfeld in the above captioned matter. My business address is 400 6th Street, N.W., Washington, DC 20001. I am over the age of eighteen years and I am competent to make this declaration.

2. On January 16, 2025, I served the stamped Complaint in the above captioned matter, the Summons addressed to the United States Attorney General, and Notice of Right to Consent to Trial Before a United States Magistrate Judge, via U.S.P.S. certified mail addressed to: Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530, pursuant to Federal Rule of Civil Procedure 4(i)(1)(B).

3. On January 22, 2025, I served the stamped Complaint in the above captioned matter, the Summons addressed to the United States Attorney for the District of Columbia, and the Notice of Right to Consent to Trial Before a United States Magistrate Judge, via email to

2

USADC.ServiceCivil@usdoj.gov in accordance with the U.S. Attorney's email service protocol. *See* https://www.justice.gov/usao-dc/civil-division. On February 1, 2025, I received a confirmation email from USADC.ServiceCivil@usdoj.gov stating, "Your service package has been received and accepted with a service date of January 22, 2025."

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2025.

    /s/ *Mina Kasama*
       Mina Kasama
       Staff Assistant