# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:25-cv-0065-DLF |
| UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

## JOINT MOTION TO HOLD CASE IN ABEYANCE

The parties jointly move for an order holding this case in abeyance to allow for mediation. In support of this motion, the parties state as follows:

1. Plaintiff District of Columbia brings this civil action against Defendant United States of America under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C. §§ 9601 et seq., and the District of Columbia Brownfield Revitalization Act of 2000, as amended, D.C. Code §§ 8- 631.01 et seq. Plaintiff seeks costs, damages, and a declaration of future liability against Defendant arising from the District's investigation and remediation of the contamination of the Anacostia River. ECF No. 1 at 1.

2. After one extension, Defendant's response to the complaint is due by May 23, 2025. Minute Order (Feb. 23, 2025).

3. The parties believe that the Court should vacate Defendant's deadline to respond to the complaint and put this case into an abeyance because the parties have agreed to pursue mediation pending agreement to the terms and scope of mediation. Holding this case in abeyance

rather than requiring the parties to actively litigate would facilitate further discussions by allowing the parties to direct their resources to mediation efforts.

4. The parties will file joint status reports every 120 days informing the Court whether they believe that the case should continue to be held in abeyance or a responsive pleading deadline should be reinstated.

        Respectfully submitted,

        BRIAN L. SCHWALB
        Attorney General for the District of Columbia

        COTY MONTAG
        Deputy Attorney General
        Public Advocacy Division

        JOANNA WASIK
        Chief, Housing and Environmental Justice Section

        /s/ *Wesley Rosenfeld*
        WESLEY ROSENFELD [#1002428]
        SEAN POWERS [#198053]
        Assistant Attorneys General

        /s/ *David S. Hoffmann*
        DAVID S. HOFFMANN [#983129]
        Senior Assistant Attorney General
        Office of the Attorney General for the District of Columbia
        400 Sixth St., NW
        Washington, D.C. 20001
        (202) 368-2569
        Wesley.rosenfeld1@dc.gov
        David.hoffmann@dc.gov

        *Counsel for Plaintiff*

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment and Natural Resources Division

*/s/ Elliot Higgins*
HEATHER GANGE (DC Bar No. 452615)
ELLIOT HIGGINS (NY Bar No. 5737903)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3157 (Gange)
(202) 598-0240 (Higgins)
heather.gange@usdoj.gov
elliot.higgins@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Elliot Higgins*
